# UNITED STATES DISTRICT COURT

for the

Eastern District of California

<div style="border:1px solid black;">

**FILED**

**Jun 29, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

</div>

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:22-mj-0102 DB |
| Jesus Iribe | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 17, 2022_____ in the county of _____San Joaquin_____ in the

_____Eastern_____ District of _____California_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute at least 500 grams of a mixture and substance containing methamphetamine |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Kevin D. Falls

☑ Continued on the attached sheet.

_____/s/ Kevin Falls_____
*Complainant's signature*

_____Kevin D. Falls, FBI Special Agent_____
*Printed name and title*

Sworn to and signed before me telephonically.

Date:  _____June 29, 2022_____

City and state:  _____Sacramento, California_____

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT OF FBI SPECIAL AGENT KEVIN D. FALLS

I, Federal Bureau of Investigation Special Agent Kevin D. Falls, being duly sworn, hereby depose and state:

## CRIMINAL COMPLAINT FOR ARREST WARRANT

1. This Affidavit is submitted in support of an arrest warrant and a criminal complaint charging **Jesus Iribe** (hereinafter **Iribe**) with:

   COUNT ONE:  Possession with intent to distribute at least 500 grams of a mixture and substance containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

   COUNT TWO: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

2. **Iribe's** adult criminal history includes felony convictions for:

   - 2015 - Transportation of a Controlled Substance, in violation of California Health and Safety Code § 11379(a).

   - 2018 - Evading from a Peace Officer, in violation of California Vehicle Code § 2800.2(a).

   - 2018 – Felon in Possession of a Firearm, in violation of California Penal Code § 29800(a)(1).

## BACKGROUND AND EXPERTISE

3. I am a Special Agent ("SA") for the Federal Bureau of Investigation ("FBI") and have been so employed since December 2005.  Prior to working for the FBI, I was employed as a police officer for the City of Sacramento.  I am currently assigned to the Sacramento Field Division Stockton Resident FBI, and am charged with investigating Transnational Organized Crime Criminal Enterprises, including Drug Trafficking Organizations ("DTO"), operating in the Eastern District of California and elsewhere.

4. During the course of my employment as an FBI Special Agent, I have participated in criminal and national security investigations. I have also participated in investigations involving the use of federal and state search warrants to collect evidence, including controlled substances, the seizure of narcotics-related records, and other types of evidence that document the activities of criminal organizations in both the manufacturing and distribution of controlled substances and weapons.  To successfully conduct these investigations, I have utilized a variety of investigative techniques and resources including physical and electronic surveillance, various types of infiltration (including informants and cooperating sources), stationary video recording vehicles, audio, and audio/video recording devices.

5. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

6. Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested complaint, search and arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause.

7. This affidavit is based upon my own personal knowledge and upon the knowledge of other law enforcement officers involved in this investigation. Where I describe statements made by other people (including other special agents and law enforcement officers), the statements are described in sum, substance, and relevant part. Similarly, where I describe information contained in reports and other documents or records in this affidavit, this information is described in sum, substance, and relevant part.

## STATEMENT OF PROBABLE CAUSE

***On February 17, 2022, Iribe was arrested in possession of a loaded gun.***

8. On February 10, 2022, San Joaquin County Superior Court Judge Lauren P. Thomasson authorized a search warrant for Jesus Iribe and his residence at 253 Iris Court, Apartment B, in Stockton, California.

9.  On February 17, 2022, law enforcement officers from the Stockton Police Department located Iribe driving a silver Chevrolet Colorado. Officers conducted a traffic stop to effectuate the search warrant. Officers asked Iribe to step out of his vehicle. Officers conducted a pat down of Iribe and located a loaded Glock 43X handgun in Iribe's right pants pocket. In addition, officers found approximately 1 kilogram of suspected cocaine in the vehicle.

    a.  Glock firearms are manufactured outside the state of California. Therefore, the firearm travelled in interstate or foreign commerce prior to Iribe's possession of the Glock handgun.

***Search warrant at Iribe's residence results in seizure of guns and drugs.***

10. On February 17, 2022, law enforcement officers from the Sacramento County Sheriff's Office executed the search warrant at Iribe's residence on Iris Court. Law enforcement officers found the following:

    a.  An AK-47 Mini Draco 7.62x39 mm pistol with a loaded 30-round magazine on the living room couch.

    b.  A loaded Berretta 96 pistol on the kitchen table.

    c.  A loaded Glock 41 pistol inside of a backpack in the kitchen.

    d.  A loaded Glock 19 pistol on the bed in the bedroom.

    e.  A loaded Glock 42 pistol inside of a purse in the bedroom.

    f.  25 grams of suspected cocaine in the kitchen.

    g.  A one-kilogram brick of suspected cocaine underneath the kitchen table.

    h.  Four one-pound bags of suspected methamphetamine underneath the kitchen table.

    i.  84 grams of pills marked "M-30" underneath the kitchen table.

    j.  1.3 kg of marijuana in the bedroom.

k.  Five one-pound bags of suspected methamphetamine in a closet.

CONCLUSION

11. Based on the above information, I believe that there is probable cause to believe that **Iribe** possessed with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and possessed a firearm, in violation of 18 U.S.C. § 922(g).  I hereby request that this court issue an arrest warrant for **Iribe.**

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/ Kevin D. Falls
KEVIN D. FALLS
FBI Special Agent

Sworn and Subscribed to me telephonically on June  29 , 2022,

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

JUSTIN LEE
Assistant United States Attorney

## PENALTY SLIP

## United States v. Jesus Iribe

**COUNT ONE:**  21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute at least 500 grams of a mixture and substance containing methamphetamine

Imprisonment of at least 10 years and up to life; and
Fine of up to $10,000,000
Term of Supervised Release of at least 5 years and up to life
Mandatory $100 Special Assessment

**COUNT TWO:**  18 U.S.C. § 922(g)(1) – Felon in possession of a firearm

Imprisonment of up to 10 years, and/or
Fine of up to $250,000
Term of Supervised Release of up to 3 years
Mandatory $100 Special Assessment